UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AXIOM PARTNERS, LLC,
A Michigan limited liability company,

       Plaintiff,

   v.

Case No.: 06-10371
Hon.: Lawrence P. Zatkoff
Referral Judge: Donald A. Scheer

PETER JAY KLAUSER,
JOSEPH DEPOMPEII,
FILM PLANET, LLC, and
FILM PLANET GALAXY FUND, LLC,

       Defendants.
_____/

## STIPULATION AND CONSENT ORDER
## DISMISSING PARTY DEFENDANT, FILM PLANET GALAXY FUND, LLC, WITHOUT PREJUDICE AND WITHOUT COSTS

The parties, by their respective undersigned counsel, subject to the approval of the Court, stipulate and agree that plaintiff may voluntarily dismiss defendant, Film Planet Galaxy Fund, LLC, without prejudice and without costs, based on the opinion and order of the Court dated February 1, 2007.

Pursuant to this Order, defendant, Film Planet Galaxy Fund, LLC, is hereby dismissed without prejudice and without costs to any party.

This Order does not dispose of the case.


**IT IS SO ORDERED.**
**Date:** February 28, 2007

    s/Lawrence P. Zatkoff
    HON. LAWRENCE P. ZATKOFF
    United States District Judge

1

STIPULATED TO:

| FOR PLAINTIFF, | FOR DEFENDANTS, Klauser, DePompeii, Film Planet, and Film Planet Galaxy Fund |
|---|---|
| *s/Kenneth J. Wrobel, Jr.* | *s/Jonathon T. Walton (by e-mail consent 2-26-07)* |
| KENNETH J. WROBEL, JR. (P44176) | JONATHON T. WALTON (P32969) |
| 390 Park Street | 535 Griswold Street |
| Suite 200 | 1550 Buhl Building |
| Birmingham, MI 48009 | Detroit, MI 48226 |
| Telephone: (248) 645-2200 | Telephone: (313) 963-8989 |
| E-Mail: kenwrobel@sbcglobal.net | E-Mail: jonathan.walton@waltondonnelly.com |