UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AXIOM PARTNERS, LLC,
A Michigan limited liability company,

        Plaintiff,

v.

        Case No.: 06-10371
        Hon.: Lawrence P. Zatkoff
        Referral Judge: Donald A. Scheer

PETER JAY KLAUSER, ET AL,

        Defendants.
_____/

## NOTICE OF DISMISSAL
## OF DEFENDANTS, AMERICAN WORLD PICTURES, INC. AND MARK L. LESTER

Plaintiff is voluntarily dismissing Defendants, American World Pictures, Inc. and Mark L. Lester, only, with prejudice, from this action pursuant to FRCP 44(a)(1). No answer or motion for summary judgment has been filed for these defendants.

This Dismissal does not dispose of the case.

**Dated: 7-12-2007**

        KENNETH J. WROBEL, JR., P.C.

        *s/Kenneth J. Wrobel, Jr.*
        KENNETH J. WROBEL, JR. (P44176)
        Attorney for Plaintiff
        390 Park Street
        Suite 200
        Birmingham, MI 48009
        Telephone: (248) 645-2200
        E-Mail: kenwrobel@sbcglobal.net