**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AXIOM PARTNERS,

        CASE NO. 06-10371

    Plaintiff,               HON. LAWRENCE P. ZATKOFF

v.

PETER J. KLAUSER et al.,

    Defendants.
_____/

## ORDER GRANTING JUDGMENT IN FAVOR OF PLAINTIFF

This matter comes before the Court after Defendants failed to respond to the Court's order to show cause [dkt 33].  The Court ordered Defendants to show cause as to why the Court should not enter a judgment in favor of Plaintiff after Defendants failed to attend the final pretrial conference and ceased all communications with Plaintiff and the Court.  Despite being granted ample time to respond, Defendants have submitted no response or any other communication to the Court.  Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff and against Defendants.

IT IS FURTHER ORDERED that Plaintiff submit to the Court a computation of damages by January 30, 2009.  Upon receipt of Plaintiff's computation, the Court will enter a final judgment in this matter.

IT IS SO ORDERED.


                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated:  January 8, 2009

                          CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of record
by electronic or U.S. mail on January 8, 2009.


                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290