**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AXIOM PARTNERS,

        CASE NO. 06-10371

   Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

PETER J. KLAUSER et al.,

   Defendants.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order Granting Judgment dated <u>February 24, 2009</u>, and Plaintiff's exhibit regarding damage computations, a final Judgment is entered against Defendants Joseph Depompeii, Film Planet, LLC, and Filmtown Entertainment in the amount of $ 171,000.  With the entry of this judgment, this case is closed.

Dated at Port Huron, Michigan, this 24th   day of   February, 2009.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT
                BY:    s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE